# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRISANTO GONZALEZ-CERVANTES,<br><br>    Petitioner,<br><br>    v.<br><br>JANET NAPOLITANO, et al.,<br><br>    Respondents. | 1:10-CV-00510 MJS HC<br><br>ORDER TO REPORT CURRENT ADDRESS |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

This action has been pending before this Court since March 23, 2010. Given the amount of time that has since passed, the fact that the custodial facility to which Petitioner was assigned in March 2010 generally does not maintain custody of a prisoner for an extended period and the Court's need to maintain current information as to Petitioner's address, the Court requests that Petitioner advise the Court of his current location and mailing address.

Pursuant to Local Rule 183(b), a party appearing in propria persona is required to keep

1 the court apprised of his or her current address at all times. Local Rule 183(b) provides, in
2 pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Without the ability to communicate with Petitioner, the Court is unable to maintain and faithfully adjudicate the matter.

## **ORDER**

Accordingly, Petitioner is ORDERED to inform the Court and any opposing counsel of his current address within sixty-three (63) days after service of this order.

Failure to follow this order may result in dismissal of the petition without prejudice pursuant to Local Rules 110 and 183(b).

IT IS SO ORDERED.

Dated:   September 15, 2010              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE